# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00794-CV

**Walter Lee Hall, Jr., Appellant**

**v.**

**The Honorable J. David Phillips, in both his Official and Personal Capacities; The Honorable Rosemary Lehmberg, in her Capacity as District Attorney in and for Travis County; and The Honorable Greg Hamilton, in his Capacity as Sheriff in and for Travis County, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-10-003787, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Walter Lee Hall, Jr. filed a bankruptcy petition in the U.S. Bankruptcy Court of the Western District of Texas on January 24, 2011. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See* Tex. R. App. P. 8.1, 8.2, 8.3. Hall is ordered to inform this Court within ten calendar days of the resolution of the bankruptcy proceeding or some other event that would allow the appeal to be reinstated. Should Hall fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion.

_____

David Puryear,  Justice

Before Justices Puryear, Pemberton and Rose

Bankruptcy

Filed:   June 1, 2011